CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DWAIN ANDERSON,<br>  aka "Willie Coleman,"<br><br>  Defendant. | Case No. 2:20-cr-00172-GMN-EJY<br><br>**GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

COMES NOW the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Criminal Indictment filed on July 21, 2020 (ECF 1) as to defendant Dwain Anderson in the interests of justice.

The defendant is in custody on the captioned matter.

DATED this 12th day of March, 2021.

**IT IS SO ORDERED.**
Dated this  12   day of March, 2021

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted,
CHRISTOPHER CHIOU
Acting United States Attorney

_____
KIMBERLY SOKOLICH
Assistant United States Attorney

1